IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM R. CHAMBERS, JR.,

    Plaintiff,               CIVIL ACTION

  -vs.-                         #1:22-cv-00045-JPB-RDC

RICKIE LEE LANCE, as Executor of the
Estate of Kenneth Lee Lance; SHEILA
LANCE PATTERSON, as Executor of the
Estate of Kenneth Lee Lance;
GELAINE WILLIE LANCE, as Transferee
and Assignee of Promissory Note and
Security Deed Originally Executed by
Kenneth Lee Lance; MYRTLE ADAMS; and
KENNETH LEE LANCE, now deceased.

    Defendants.

---

### Certificate of Interested Persons and Corporate Disclosure Statement

(1) The undersigned counsel of record for Plaintiff William R. Chambers, Jr. (hereinafter "Plaintiff", party to this action, certifies that the following is full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of at party:

    WILLIAM R. CHAMBERS, JR.

    RICKIE LEE LANCE, Executor of the Estate of Kenneth Lee Lance

    SHEILA LANCE PATTERSON, Executor of the Estate of Kenneth Lee Lance

    MYRTLE ADAMS

    GELAINE WILLIE LANCE

KENNETH LEE LANCE, deceased

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None

(3) The undersigned counsel of record for Plaintiff William R. Chambers, Jr. (sometimes hereinafter "Plaintiff"), party to this action, certifies that the following is full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Denise R. Griffin

Donell Holiday

Submitted this 29th day of June, 2022.

Law Office of Donell Holiday, LLC

/s/ Donell Holiday

_____
Donell Holiday
Georgia Bar No. 361150
Attorney for Plaintiff William R. Chambers, Jr.

P.O. Box 4596
Atlanta, Georgia 30302
(678) 358-1316 – Telephone
(678) 353-3211 - Facsimile
dholidaylaw@yahoo.com – Email

2

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

WILLIAM R. CHAMBERS, JR.,

       Plaintiff,                   CIVIL ACTION

  -vs.-                              #1:22-cv-00045-JPB-RDC

RICKIE LEE LANCE, as Executor of the
Estate of Kenneth Lee Lance; SHEILA
LANCE PATTERSON, as Executor of the
Estate of Kenneth Lee Lance;
GELAINE WILLIE LANCE, as Transferee
and Assignee of Promissory Note and
Security Deed Originally Executed by
Kenneth Lee Lance; MYRTLE ADAMS; and
KENNETH LEE LANCE, now deceased.

             Defendants.

---

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the Defendants' attorney of record, to wit, Denise R. Griffin.

                       Law Office of Donell Holiday, LLC

                       /s/ Donell Holiday
                       _____
                       Donell Holiday
                       Georgia Bar No. 361150
                       Attorney for Plaintiff William R. Chambers, Jr.

P.O. Box 4596
Atlanta, Georgia 30302
(678) 358-1316 – Telephone
(678) 353-3211 – Facsimile
dholidaylaw@yahoo.com – Email