IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM R. CHAMBERS,<br><br>    Plaintiff,<br><br>v.<br><br>RICKIE LEE LANCE, *as executor of the estate of Kenneth Lee Lance, et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:22-cv-00045-JPB-RDC |

## **FINAL REPORT AND RECOMMENDATION**

This matter is before the Court *sua sponte*. Plaintiff has asserted several claims against Defendants related to a mortgage loan he obtained from Kenneth Lee Lance (now deceased) in February 2000. Along with multiple claims arising under state law, Plaintiff asserts that he never received disclosures in connection with the loan as required under the federal Truth in Lending Act ("TILA"). (Doc. 1).

Defendants moved to dismiss, arguing, among other things, that any TILA claims are untimely. (Doc. 11). Plaintiff has responded to Defendants' motion, but it is not clear from that response whether he wishes to continue pursuing his TILA claims. *See* (Doc. 16). Because the Court's jurisdiction over this action turns on the viability of Plaintiff's federal TILA claims, the undersigned ordered Plaintiff to submit a one-page statement by October 18, 2022 clearly stating whether or not he

wished to pursue those claims in this Court. (Doc. 20); *see* 28 U.S.C. §§ 1331, 1367(a), (c)(3). That deadline has now passed, but Plaintiff did not respond.

District courts have broad authority to manage their dockets "with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 41 (2016). To that end, Local Rule 41.3(A)(2) specifically provides that the Court may dismiss a civil case for want of prosecution if "[a] plaintiff . . . shall, after notice, . . . fail or refuse to obey a lawful order of the Court." LR 41.3(A)(2), NDGa. That is the case here, as plaintiff failed to respond to the undersigned's order regarding his TILA claims.

Accordingly, pursuant to Local Rule 41.3(A)(2), the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE**. The undersigned further **RECOMMENDS** that, if this action is dismissed, Defendants' pending motion to dismiss, (Doc. 11), be **DENIED AS MOOT**. The Clerk is **DIRECTED** to terminate the reference to the undersigned Magistrate Judge.

IT IS SO **RECOMMENDED** on this 28th day of October 2022.

                                                                   *R. Cannon*
                                                                   REGINA D. CANNON
                                                                   United States Magistrate Judge